# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5137**                    **September Term, 2025**

**1:25-cv-00091-BAH**

**Filed On: December 11, 2025** [2150005]

Norwich Pharmaceuticals, Inc.,

      Appellant

    v.

Robert F. Kennedy, Jr., in his official
capacity as Secretary of Health and Human
Services, et al.,

      Appellees

  **BEFORE:**    Circuit Judges Pillard, Walker, and Garcia

## <u>COURTROOM MINUTES OF ORAL ARGUMENT</u>

PROCLAMATION BEING MADE, the Court opened on Thursday, December 11, 2025 at 9:32 a.m. The cause was heard as case No. 3 of 3 and argued before the Court by:

    Andrew D. Prins, counsel for Appellant.

    Gabriel Schonfeld (DOJ), counsel for Federal Appellees.

    Bryan Killian, counsel for Appellee Salix Pharmaceuticals, Inc.

    Brian T. Burgess, counsel for Appellee Teva Pharmaceuticals USA, Inc.

             **FOR THE COURT:**
             Clifton B. Cislak, Clerk

        BY:    /s/
                Jaime T. Stratton
                Deputy Clerk