No. 25-5137            September Term, 2025

1:25-cv-00091-BAH

Filed On: December 12, 2025

Norwich Pharmaceuticals, Inc.,

        Appellant

       v.

Robert F. Kennedy, Jr., in his official capacity as Secretary of Health and Human Services, et al.,

        Appellees

     **BEFORE:**     Pillard, Walker, and Garcia, Circuit Judges

## O R D E R

It is **ORDERED**, on the court's own motion, that the parties file supplemental briefs addressing:

In the event a but-for standard of causation applies, was the change in FDA approval requirements a but-for cause of Actavis's failure to timely obtain tentative approval of ANDA No. 208959 within 30 months of filing?

In their briefs, the parties may choose to address, among other things, (1) whether this question should be resolved by this court or remanded to FDA to address it in the first instance, and (2) whether any of the parties waived or forfeited arguments related to the question above.

Appellant's brief is limited to 5,000 words and is due by 4:00 p.m. on January 2, 2026. Appellees' response brief is limited to 5,000 words and Intervenors' to 2,500 words each, all due by 4:00 p.m. on January 23, 2026. Appellant's reply brief is limited to 2,500 words and is due by 4:00 p.m. on January 30, 2026. In addition to filing electronically, the parties are directed to hand-deliver the paper copies of their submissions to the court by the time and date due.

**Per Curiam**

                                  **FOR THE COURT:**
                                  Clifton B. Cislak, Clerk

                          BY:    /s/
                                  Michael C. McGrail
                                  Deputy Clerk