**No. 25-5137**  **September Term, 2025**

1:25-cv-00091-BAH

Filed On: February 10, 2026 [2158441]

Norwich Pharmaceuticals, Inc.,

    Appellant

    v.

Robert F. Kennedy, Jr., in his official
capacity as Secretary of Health and Human
Services, et al.,

    Appellees

**BEFORE:** Pillard, Walker, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motion of the Association for Accessible Medicines for leave to file a brief amicus curiae in support of appellees, the lodged brief amicus curiae, the opposition to the motion, and the reply, it is

**ORDERED** that the motion be denied. The Clerk is directed to note the docket accordingly.

## Per Curiam

                                            **FOR THE COURT:**
                                            Clifton B. Cislak, Clerk

BY:   /s/
        Michael C. McGrail
        Deputy Clerk