

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7219
Washington, DC 20530

Tel: (202) 514-3306

March 19, 2026

VIA CM/ECF

Clifton B. Cislak, Clerk of Court
United States Court of Appeals for the D.C. Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., NW
Washington, DC 20001

RE:       *Norwich Pharmaceuticals, Inc. v. Kennedy, et al.*, No. 25-5137 (D.C.
          Cir.) (oral argument held December 11, 2025)

Dear Mr. Cislak:

      We write to notify the Court that on March 19, 2026, the U.S. Food and Drug
Administration (FDA) granted final approval to Actavis Laboratories FL, Inc.'s
Abbreviated New Drug Application (ANDA) No. 208959—the application
underlying Actavis's status as a first applicant eligible for the 180-day exclusivity
period.

      Absent a forfeiture of exclusivity, that exclusivity period will begin running
on "the date of the first commercial marketing" of Actavis's generic rifaximin. 21
U.S.C. § 355(j)(5)(B)(iv)(I). Under the terms of a settlement agreement with
intervenor-appellee Salix Pharmaceuticals, Inc., Actavis has agreed not to market
generic rifaximin until the earlier of (1) January 1, 2028, or (2) the marketing of an
FDA-approved generic rifaximin product by another manufacturer. *See* JA778-79.

Although the approval of Actavis's ANDA does not have any immediate practical or legal impact on the present appeal, the government is writing to ensure that the Court is aware of the latest developments.

Sincerely,

*/s/ Gabriel I. Schonfeld*
Counsel for Appellees

cc:    All counsel (via CM/ECF)