# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5137** **September Term, 2026**

**1:25-cv-00091-BAH**

**Filed On:** October 28, 2026

Norwich Pharmaceuticals, Inc.,

Appellant

v.

Robert F. Kennedy, Jr., in his official capacity as Secretary of Health and Human Services, et al.,

Appellees

**BEFORE:** Srinivasan, Chief Judge; and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

**O R D E R**

Upon consideration of the petition for rehearing en banc and the absence of a request by any member of the court for a vote; and the motion for invitation to file a brief as *amicus curiae* in support of the petition, the response thereto, the reply, and the lodged brief, it is

**ORDERED** that the motion for invitation to file a brief as *amicus curiae* be granted. The Clerk is directed to file the lodged amicus brief. It is

**FURTHER ORDERED** that the petition for rehearing en banc be denied.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Ellie F. Kemper
Deputy Clerk