# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5137** **September Term, 2026**

**1:25-cv-00091-BAH**

**Filed On:** November 6, 2026

Norwich Pharmaceuticals, Inc.,

Appellant

v.

Robert F. Kennedy, Jr., in his official capacity as Secretary of Health and Human Services, et al.,

Appellees

**BEFORE:** Pillard, Walker, and Garcia, Circuit Judges

## O R D E R

Upon consideration of intervenor-appellee's motion to stay issuance of the mandate pending the filing and disposition of a petition for a writ of certiorari, the response thereto, and the reply, it is

**ORDERED** that the motion be denied.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Ellie F. Kemper
Deputy Clerk